UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA CASTRO,                                  CASE NO. 1:23-cv-24788-RAR

    Plaintiff,

vs.

STERLING JEWELERS, INC.
DBA JARED
    Defendant,
_____/

## AMENDED NOTICE OF SETTLEMENT

Plaintiff, ARANTZA CASTRO by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ARANTZA CASTRO and Defendant, STERLING JEWELERS, INC have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Notice of Dismissal. As such. parties request that this honorable Court allow 60 days to finalize all documents before dismissing the case.

                                                  Respectfully Submitted,

                                                  MENDEZ LAW OFFICES, PLLC
                                                  Attorney for Plaintiff
                                                  P.O. BOX 228630
                                                  Miami, Florida 33172
                                                  Telephone: 305.264.9090
                                                  Facsimile:  305.809.8474
                                                  Email:info@mendezlawoffices.com
                                                  By: /s/ Diego German Mendez
                                                  DIEGO GERMAN MENDEZ, ESQ.
                                                  FL BAR NO.: 52748

###