UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24788-RAR

**ARANTZA CASTRO**,

    Plaintiff,

v.

**STERLING JEWELERS, INC.**,
*a foreign for-profit corporation d/b/a Jared*,

    Defendant.
_____/

## ORDER REQUIRING DISMISSAL DOCUMENTS

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On February 8, 2024, the Court entered an Order requiring the parties to file the appropriate dismissal documents within sixty (60) days of the date of the Order, ("Order") [ECF No. 15]. The deadline to comply has passed and, to date, there is no indication that the parties have filed dismissal documents, nor have they requested an extension of time to do so. Therefore, it is hereby

**ORDERED AND ADJUDGED** that on or before **April 12, 2024**, the parties shall file the appropriate dismissal documents. Failure to do so may result in the dismissal of this case without further notice.

**DONE AND ORDERED** in Miami, Florida this 9th day of April, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**